UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  16-CV-80297-ZLOCH

JAMES MEARS,

    Plaintiff,

vs.

7-ELEVEN, INC7-ELEVEN, INC.,
KOSTAS MAKREALEAS,
PAUL KLIMANTIRIS and
STAVROULA MAKREALEAS,

    Defendants.
_____/

**NOTICE OF SETTLEMENT**

    Plaintiff, JAMES MEARS ("Plaintiff"), by and through the undersigned counsel, hereby notifies this Court that Plaintiff has reached settlement of all issues pertaining to his case against Defendants, 7-ELEVEN, INC., KOSTAS MAKREALEAS, PAUL KLIMANTIRIS and STAVROULA MAKREALEAS.

    Plaintiff and Defendants, 7-ELEVEN, INC., KOSTAS MAKREALEAS, PAUL KLIMANTIRIS and STAVROULA MAKREALEAS, are presently preparing a formal settlement agreement for signature and intend to file a notice of dismissal with

prejudice once the agreement is finalized.  Plaintiff and Defendant request twenty (20) days within which to file its dismissal documents.

Respectfully submitted this 17th of April, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on this 17th day of April, 2016.

/s/ Douglas S. Schapiro
DOUGLAS S. SCHAPIRO, ESQ.
Florida Bar No: 54538
Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
T: (561) 807-7388
F: (810) 885-5279
Schapiro@schapirolawgroup.com