UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80297-CIV-ZLOCH

JAMES MEARS,

    Plaintiff,

vs.                              **FINAL ORDER OF DISMISSAL**

7-ELEVEN, INC., KOSTAS
MAKREALEAS, PAUL KLIMANTIRIS
and STAVROULA MAKREALEAS,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 17) filed herein by Plaintiff, James Mears, and Defendants, 7-Eleven, Inc., Paul Klimantiris and Stavroula Makrealeas.  The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation For Dismissal With Prejudice (DE 17) filed herein by Plaintiff, James Mears, and Defendants, 7-Eleven, Inc., Paul Klimantiris and Stavroula Makrealeas, be and the same is hereby approved, adopted and ratified by the Court;

    2.    The above-styled cause be and the same is hereby **DISMISSED,** with prejudice, each party to bear its own attorneys' fees and costs;

3. The Court shall retain jurisdiction of this cause for the purpose of enforcing the terms of the parties settlement agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____29th____ day of April, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record